■ WILLIAM WOLF, Respondent, v TRANS WORLD AIRLINES, INC., Appellant, et al., Defendant. — Judgment, Supreme Court, New York County (Edmund L. Shea, J.), entered May 2, 1983, unanimously modified, on the law and the facts, and a new trial ordered on the issue of damages only, and otherwise affirmed, without costs and without disbursements, unless the plaintiff, within 20 days after service upon his attorney of a copy of the order herein, with notice of entry, serves and files in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict in his favor to $25,000 and to the entry of an amended judgment in accordance therewith. If plaintiff so stipulates, the judgment, as so amended and reduced, is affirmed, without costs and without disbursements. After review of the record, the damages appear to us to be excessive to the extent indicated. Concur — Sandler, J. P., Asch, Silverman, Bloom and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER BODKIN, Appellant. — Judgment, Supreme Court, Bronx County (Joseph Cohen, J.), rendered on March 2, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Asch, Silverman, Fein and Alexander, JJ.